# Court of Appeals
# of the State of Georgia

ATLANTA,   December 15, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0375.  ELMON MCCARROLL ELMORE, JR. v. WESLEY O'NEAL, ADMINISTRATIVE LIEUTENANT, JOHNSON STATE PRISON, DEPARTMENT OF CORRECTIONS.**

Elmon Elmore, Jr., a prison inmate, filed a civil action against Wesley O'Neal to challenge a disciplinary action taken against him in prison.  On April 3, 2014, the trial court dismissed Elmore's petition.   Elmore filed a motion for reconsideration, which the trial court denied on May 16, 2014.  On June 9, 2014, Elmore filed a notice of direct appeal to this Court.  We lack jurisdiction for two reasons.

First, Elmore is incarcerated.  Consequently, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35."  And under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court.  Because a prisoner has no right of direct appeal in civil cases, we lack jurisdiction to consider a direct appeal from the trial court's order. See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997).

Second, even if Elmore had a right of direct appeal here, this appeal is untimely.  A notice of appeal must be filed within 30 days after entry of an appealable order. OCGA § 5-6-38 (a).   Elmore filed his notice of appeal 67 days after entry of the order he seeks to appeal.   Although he filed a motion for reconsideration, a trial court's denial of such a motion is not subject to direct appeal, and the filing of such a motion does not extend the time for appealing the underlying judgment.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).  Accordingly, appellee's

motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,*____12/15/2015____
　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*